AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

David Lewis Bey  
*Petitioner*

v.

Warden C. Stearns  
*Respondent*  
(name of warden or authorized person having custody of petitioner)

Case No. 1-23CV-0036C  
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: David Lewis Bey
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: FCI Big Spring
   (b) Address: 1900 Simler Ave, Big Spring TX 79720
   (c) Your identification number: Reg: 45353-424

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Everett McKinley Dirksen, United States Court house, 219 Dearborn Street Room 2722, Chicago IL 60604
   (b) Docket number of criminal case: 12-CR 354-4
   (c) Date of sentencing: 09/2013
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☒ Disciplinary proceedings
   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: FCI Big Spring, 1900 Simler Ave, Big Spring TX 79720
   (b) Docket number, case number, or opinion number: 1100557-B1
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Disciplinary Proceeding - 108 Possession of Hazardous Tool - loss of Good Time
   (d) Date of the decision or action: 5/16/22

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Federal Bureau of Prisons South Central Region office, US Armed Forces Reserve Complex 344 Marine Forse Dr, Grand Prairie TX 75051
       (2) Date of filing: 10/25/21
       (3) Docket number, case number, or opinion number: 1100557-B1
       (4) Result: Denied
       (5) Date of result: Dec 23rd, Denial Mewed Feb 28th 2022
       (6) Issues raised: I had more witness and was in the process of Collecting written statements to Submit on my Behalf I am afforded this under PS 5270.09 Chapt 5 - 541.(F)(1)-(5) I was Denied Extension. Officer Gonzales made False Statments on Incident Report #3542170 By Omitting all Facts known by the employee violating my Due process, Common Area

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes    ☐ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: Federal Bureau of Prisons Office of General Counsel, 320 First Street NW, Washington DC 20534
  (2) Date of filing: Mailed 3/1/22 Received March 18th 2022
  (3) Docket number, case number, or opinion number: 1100557-A1
  (4) Result: Denied
  (5) Date of result: 5/16/22
  (6) Issues raised: H. Tellez Regional Director Failed to go over my Additional evidence Affidavits. I received this Answer Feb 28th 2022 Yet the Response Dated Dec 23rd 2021 Two month Discrepancy Which Clearly Shows "Rubber Stamping". Officers & DHO are Colluding to Deny me a proper DHO Hearing violating my Constitutional Right

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: Remedies Exhausted, 2241 was Next Step

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes     ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes   ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Administrative Remedy
(b) Name of the authority, agency, or court: FBOP, South Central Region office, FCI Big Spring, Federal Bureau of Prisons, Office of General Counsel
(c) Date of filing: 9/30/21 – 2/20/22 – May 13th 2022
(d) Docket number, case number, or opinion number: 1100557-B3
(e) Result: Not Resolved
(f) Date of result: 3/10/22
(g) Issues raised: Officer J. Gonzales knowingly made False Statements on Incident Report 3542170 By omitting "All Facts known by the employee" By Not listing the Other Inmates at the Scene on Incident Report 3542170 Violating my Due Process, also in BOP Program Statement 541.5. Officer J. Gonzales also violated Numerous FBOP Staff misconduct By "Endangering the Safety of or Cause Injury to Staff, Inmate or Others through Carelessness or Failure to Follow instructions, Criminal Dishonesty, infamous or Notoriously Disgraceful Conduct, intentional violation of Rules Governing Searches and Seizures, Negligence and inattentive to Duty.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** SEE Attachment

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND TWO:** SEE Attachments

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: SEE Attachment

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND THREE:** SEE Attachments

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: SEE Attachment

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _SEE Attachment_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_SEE Attachment_

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: _SEE Attachment_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
2241 Mailed to my Family So that they can attach Money order For Filing Fee

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/23/23

_David Lewis Bey_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any






David Lewisbey 45353-424
FCI Big Spring
1900 Simler Ave
Big Spring, TX 79720

United States District Court
341 Pine Street, Room 2008
Abilene, TX 79601

RECEIVED FEB 21 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TX

AFSM 6 N HOU 773 FRI 17 FEB 2023 PM

